# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

KAREN SCHULTE,                                   )
*individually and on behalf of*                  )     **Case No. 19-cv-02547-RWS**
*all others similarly situated,*                 )
                                                 )
      **Plaintiffs,**  )
                                                 )
                                                 )     **JURY TRIAL DEMANDED**
**v.**                                           )
                                                 )
**CONOPCO, INC.,** *d/b/a* **"UNILEVER,"**       )
**WALGREEN CO., CVS PHARMACY, INC.**             )
**WALMART, INC., TARGET**                        )
**CORPORATION, SCHNUCK**                         )
**MARKETS, INC.,** *and* **DIERBERGS**           )
**MARKETS, INC.**                                )
                                                 )
**DOES 1 through 10,**                           )
                                                 )
      **Defendants.**  )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)

Plaintiff Karen Schulte, individually and on behalf of all others similarly situated, hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismissing this lawsuit and its claims without prejudice.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

The Undersigned hereby certifies that the foregoing document was served upon all counsel of record automatically by the Court's CM/ECF system.

/s/  Daniel F. Harvath