IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KAREN SCHULTE,<br>*individually and on behalf of*<br>*all others similarly situated,*<br><br>  Plaintiffs,<br><br>v.<br><br>CONOPCO, INC., *d/b/a* "UNILEVER,"<br>WALGREEN CO., CVS PHARMACY, INC.<br>WALMART, INC., TARGET<br>CORPORATION, SCHNUCK<br>MARKETS, INC., *and* DIERBERGS<br>MARKETS, INC.<br><br>DOES 1 through 10,<br><br>  Defendants. | Case No. 19-cv-02547-RWS<br><br>JURY TRIAL DEMANDED<br><br>So Ordered<br>*/s/ signature*<br>7/20/2020 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41(a)(1)(A)**

Plaintiff Karen Schulte, individually and on behalf of all others similarly situated, hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismissing this lawsuit and its claims without prejudice.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: */s/ Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*